NUMBERS 13-03-531-CR and 13-03-532-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

JAIME MORENO,                                                                        Appellant,

v.
 
THE STATE OF TEXAS,                                                     Appellee.
__________________________________________________________________

On appeal from the 105th District Court
of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam


         Appellant, Jaime Moreno, attempts to appeal convictions in separate causes for
felony driving while intoxicated and possession of heroin. In each cause, the trial court
has certified that this “is a plea-bargain case, and the defendant has NO right of
appeal.” See Tex. R. App. P. 25.2(a)(2).
         On October 17, 2003, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to, in each cause: (1) review the record; (2)
determine whether appellant has a right to appeal; and (3) forward to this Court, by
letter, counsel’s findings as to whether appellant has a right to appeal, or,
alternatively, advise this Court as to the existence of any amended certification.
         On October 21, 2003, counsel filed a letter brief with this Court. Counsel’s
response does not establish (1) that the certifications currently on file with this Court
are incorrect or (2) that appellant otherwise has a right to appeal in either cause. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 24th day of June, 2004.